UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JOE HAND PROMOTIONS, INC.,**

        **Plaintiff,**

**v.**                                      **Case No:  6:15-cv-1706-Orl-41GJK**

**SHADY N. ATTIA and SRT8
ENTERPRISE, LLC,**

        **Defendants.**
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Motion for Default Judgment (Doc. 17). United States Magistrate Judge Gregory Kelly submitted a Report and Recommendation (Doc. 20), in which he recommends that the motion be granted in part and default judgment in the total amount of $10,020.00 be entered on Plaintiff's claim.

After a *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees with the analysis set forth in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1.  The Report and Recommendation (Doc. 20) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.  Plaintiff's Motion for Default Judgment (Doc. 17) is **GRANTED in part**.

3.  The Clerk is directed to enter a judgment in favor of Plaintiff and against Defendants, jointly and severally, awarding Plaintiff $10,020.00. Thereafter, the Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on November 30, 2016.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record